**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA

vs.

**Judy K Villanyi** CASE NO. 2:17-14

**PLEA**

The Defendant, **Judy K Villanyi** acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

✓ By: JK Villanyi DMD, AR
**(Signed) Defendant**

**Date:** January 23, 2017
**Charleston, South Carolina**